

# Earnings Statement

| CO | FILE # | | |
| DPT | 000053433 | | |

**DeKALB COUNTY**
1300 Commerce Dr
Decatur, GA 30030

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 12/26/2020 - 01/08/2021 |
| Advice Date: | 01/15/2021 |
| Advice Number: | 0003736552 |
| Batch Number: | 000000000575 |

JEROME   HOWARD
1832  Arkrose   Drive
Atlanta,   GA   30316

| Description | Rate | Hours | Earnings | YTD Earns |
|---|---|---|---|---|
| Regular Pay | 15.30 | 50.25 | 768.83 | 768.83 |
| Sick Leave | 15.30 | 10.00 | 153.00 | 153.00 |
| Approved Lea | | 20.00 | 0.00 | |
| Family Medic | | 30.00 | 0.00 | |
| Other Admini | 15.30 | 5.03 | 76.96 | 76.96 |

| Before and After Tax Deductions | | |
|---|---|---|
| *Kaiser | 64.32 | 64.32 |
| UCCI Dental High | 4.90 | 4.90 |
| *EyeMed Vision Hi | 2.63 | 2.63 |
| Critical Illness | 27.78 | 27.78 |
| *Aflac Group Acci | 4.95 | 4.95 |
| Disability | 19.20 | 19.20 |
| *County Pension | 64.12 | 64.12 |
| *457b Deferred Co | 80.00 | 80.00 |
| Purchase Power | 125.05 | 125.05 |

| Gross Pay | 115.28 | 998.79 | 998.79 |
|---|---|---|---|

## Taxes

| | | |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 12.69 | 12.69 |
| Fed OASDI/EE | 54.25 | 54.25 |
| GA Withholdng | 9.66 | 9.66 |

| Total Taxes | 76.60 | 76.60 |
|---|---|---|

| Total Deductions | 392.95 | 392.95 |
|---|---|---|
| LTD PENSION | 8332.59 | 0.00 |
| * Excluded from Taxable Wages | | |
| Net Pay | 529.24 | 529.24 |

## Accrual Balances

| | |
|---|---|
| Annual Balance | 10.00 |
| Sick Balance | 2.00 |

| Fed Taxable Wages | 777.87 | 777.87 |
|---|---|---|

### Direct Deposit Distribution

| Trans Type | Account | Amount |
|---|---|---|
| Deposit  Che | XXXXXXXX4333 | 529.24 |
| Net Check | | 0.00 |

© 2002 Automatic Data Processing (PCEPV0)



**DeKALB  COUNTY**
1300  Commerce  Dr
Decatur,  GA  30030

| | |
|---|---|
| Advice  Number: | 0003736552 |
| Advice  Date: | 01/15/2021 |

**Deposited to the account of**

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| JEROME   HOWARD  Checking | XXXXXXXX4333 | 061000052 | 529.24 |

THIS IS NOT A CHECK

36552

2021



## Earnings    Statement

| | | |
|---|---|---|
| CO     FILE # | 000000-000000 | |
| DP7   000053433 | | |

DeKALB   COUNTY
1300   Commerce   Dr
Decatur,   GA   30030

| | |
|---|---|
| Page  001 of 001 | |
| Period Beg/End: | 12/12/2020 - 12/25/2020 |
| Advice Date: | 12/31/2020 |
| Advice Number: | 0003730039 |
| Batch Number: | 000000000574 |

JEROME   HOWARD
1832  Arkrose   Drive
Atlanta,   GA   30316

| Description | Rate | Hours | Earnings | YTD Earns |
|---|---|---|---|---|
| Regular Pay | 15.30 | 59.75 | 914.18 | 22631.59 |
| Sick Leave | 15.30 | 8.00 | 122.40 | 1468.40 |
| Annual Leave | 15.30 | 10.00 | 153.00 | 1914.00 |
| Holiday | 15.30 | 8.00 | 122.40 | 1242.60 |
| Approved Lea | | 2.00 | 0.00 | |
| Unapproved L | | 0.25 | 0.00 | |
| Family Medic | | 10.00 | 0.00 | |
| Other Admini | 15.30 | 7.40 | 113.22 | 4258.30 |
| Overtime | | 0.00 | 0.00 | 3601.24 |
| Pension Earn | | | 0.00 | 3503.59 |
| Other Earns | | | 0.00 | 1455.40 |
| Gross Pay | | 105.40 | 1425.20 | 37430.13 |

### Taxes

| | | |
|---|---|---|
| Fed Withholding | 88.09 | 2118.82 |
| Fed MED/EE | 20.66 | 499.95 |
| Fed OASDI/EE | 88.36 | 2137.73 |
| GA Withholdng | 37.25 | 891.13 |
| Total Taxes | 234.36 | 5647.63 |

### Accrual Balances

| | |
|---|---|
| Annual Balance | 0.00 |
| Sick Balance | 0.00 |
| Fed Taxable Wages | 1166.62 | 31528.59 |

| Before and After Tax Deductions | | |
|---|---|---|
| *County Pension | 78.58 | 1941.08 |
| *457b Deferred Co | 80.00 | 2160.00 |
| Purchase Power | 113.81 | 3108.93 |
| *Kaiser | 0.00 | 1503.90 |
| UCCI Dental High | 0.00 | 117.69 |
| *EyeMed Vision Hi | 0.00 | 63.12 |
| Critical Illness | 0.00 | 666.72 |
| *Aflac Group Acci | 0.00 | 118.80 |
| Disability | 0.00 | 483.42 |
| *Life | 0.00 | 1.44 |
| *AccDeath | 0.00 | 0.33 |

| | | |
|---|---|---|
| Total Deductions | 272.39 | 10165.38 |
| LTD PENSION | 8268.47 | 0.00 |
| * Excluded from Taxable Wages | | |
| Net Pay | 918.45 | 21617.16 |

### Direct Deposit Distribution

| Trans Type | Account | Amount |
|---|---|---|
| Deposit   Che | XXXXXXXX4333 | 918.45 |
| Net Check | | 0.00 |



DeKALB   COUNTY
1300   Commerce   Dr
Decatur,   GA   30030

| | |
|---|---|
| Advice   Number: | 0003730039 |
| Advice   Date: | 12/31/2020 |

### Deposited  to  the  account  of

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| JEROME   HOWARD | Checking   XXXXXXXX4333 | 061000052 | 918.45 |

THIS IS NOT A CHECK



| CO | FILE # | 000000-000000 |
|---|---|---|
| DF7 | 000053433 | |

# Earnings   Statement

DeKALB   COUNTY
1300   Commerce   Dr
Decatur,   GA   30030

Period Beg/End:   11/28/2020 - 12/11/2020
Advice Date:   12/18/2020
Advice Number:   0003718315
Batch Number:   000000000570

Page  001  of  001

JEROME   HOWARD
1832  Arkrose   Drive
Atlanta,    GA    30316

| Description | Rate | Hours | Earnings | YTD Earns |
|---|---|---|---|---|
| Regular Pay | 15.30 | 80.00 | 1224.00 | 21717.41 |
| Overtime | 22.95 | 36.50 | 837.68 | 3691.84 |
| Unapproved L | | 0.25 | 0.00 | |
| Other Admini | 15.30 | 10.00 | 153.00 | 4145.08 |
| Holiday | | | 0.00 | 1120.20 |
| Approved Lea | | | 0.00 | |
| Family Medic | | | 0.00 | |
| Pension Earn | | | 0.00 | 3302.19 |
| Sick Leave | | | 0.00 | 1338.00 |
| Annual Leave | | | 0.00 | 1761.00 |
| Other Earns | | | 0.00 | 3455.40 |
| Gross Pay | | 126.75 | 2214.68 | 36004.93 |

## Taxes

| | | |
|---|---|---|
| Fed Withholdng | 173.61 | 2030.73 |
| Fed MED/EE | 30.32 | 479.29 |
| Fed OASDI/EE | 129.64 | 2049.37 |
| GA Withholdng | 78.23 | 853.88 |

| Total Taxes | 411.80 | 5413.27 |
|---|---|---|

## Accrual Balances

| | |
|---|---|
| Annual Balance | 10.00 |
| Sick Balance | 8.00 |
| | |
| Fed Taxable Wages | 1979.30 | 30261.97 |

| Before and After Tax Deductions | | |
|---|---|---|
| *Kaiser | 64.32 | 1503.90 |
| UCCI Dental High | 4.90 | 117.60 |
| *EyeMed Vision Hi | 2.63 | 63.12 |
| Critical Illness | 27.78 | 666.72 |
| *Aflac Group Acci | 4.95 | 118.80 |
| Disability | 19.20 | 483.42 |
| *County Pension | 78.58 | 1862.50 |
| *457b Deferred Co | 80.00 | 2080.00 |
| Purchase Power | 127.10 | 2995.12 |
| *Life | 0.00 | 1.44 |
| *AccDeath | 0.00 | 0.33 |

| Total Deductions | 409.46 | 9892.95 |
|---|---|---|
| LTD PENSION | 8189.89 | 0.00 |
| * Excluded from Taxable Wages | | |
| Net Pay | 1393.42 | 20698.71 |

## Direct Deposit Distribution

| Trans Type | Account | Amount |
|---|---|---|
| Deposit Che | XXXXXXXX4333 | 1,393.42 |
| Net Check | | 0.00 |

© 2012 Automatic Data Processing (PCICM0)



DeKALB   COUNTY
1300   Commerce   Dr
Decatur,   GA   30030

Advice  Number:    0003718315

Advice  Date:    12/18/2020

## Deposited  to  the  account  of

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| JEROME   HOWARD | Checking  XXXXXXXX4333 | 061000052 | 1393.42 |

THIS IS NOT A CHECK



# Earnings Statement

| CO     | FILE #     | 000000-000000 |
|--------|------------|---------------|
| DPT    | 000053433  |               |

DeKALB COUNTY
1300 Commerce Dr
Decatur, GA 30030

Page 001 of 001
Period Beg/End:      11/14/2020 – 11/27/2020
Advice Date:         12/04/2020
Advice Number:       0003710785
Batch Number:        000000000563

JEROME  HOWARD
1832 Arkrose  Drive
Atlanta,    GA   30316

| Description | Rate | Hours | Earnings | YTD Earns |
|-------------|------|-------|----------|-----------|
| Regular Pay | 15.30 | 41.00 | 627.30 | 20493.41 |
| Holiday | 15.30 | 16.00 | 244.80 | 1120.20 |
| Approved Lea | | 30.00 | 0.00 | |
| Faculy Medic | | 30.00 | 0.00 | |
| Other Admini | 15.30 | 5.12 | 78.34 | 3992.08 |
| Overtime | | 0.00 | | 2854.16 |
| Sick Leave | | 0.00 | | 1338.00 |
| Annual Leave | | 0.00 | | 1761.00 |
| Training & C | | 0.00 | | 242.40 |
| Pension Earn | | 0.00 | | 3149.19 |
| Other Earns | | 0.00 | | 3213.00 |
| Gross Pay | | 112.12 | 950.44 | 43790.45 |

| Before and After Tax Deductions | | |
|---------------------------------|--------|---------|
| *Kaiser | 64.32 | 1439.58 |
| UCCI Dental High | 4.90 | 112.70 |
| *EyeMed Vision Hi | 2.63 | 60.49 |
| Critical Illness | 27.78 | 638.94 |
| *Aflac Group Acci | 4.95 | 113.85 |
| Disability | 19.20 | 464.22 |
| *County Pension | 61.02 | 1783.92 |
| *457b Deferred Co | 80.00 | 2000.00 |
| Purchase Power | 185.62 | 2868.02 |
| *Life | 0.00 | 1.44 |
| *AccDeath | 0.00 | 0.33 |

## Taxes

| | | |
|-------------|--------|---------|
| Fed Withholdng | 26.34 | 1857.12 |
| Fed MED/EE | 11.99 | 448.97 |
| Fed OASDI/EE | 51.25 | 1919.73 |
| GA Withholdng | 7.40 | 775.65 |
| Total Taxes | 96.98 | 5001.47 |

| Total Deductions | 450.44 | 3459.69 | 0.00 |
|------------------|--------|---------|------|

LTD PENSION         8111.31
* Excluded from Taxable Wages
Net Pay             403.00   38305.29

## Accrual Balances

| | |
|---------------|-------|
| Annual Balance | 10.00 |
| Sick Balance | 8.00 |
| Fed Taxable Wages | 732.62   28282.67 |

## Direct Deposit Distribution

| Trans Type | Account | Amount |
|------------|---------|--------|
| Deposit Che | XXXXXXXX4333 | 403.00 |
| Net Check | | 0.00 |



DeKALB  COUNTY
1300  Commerce  Dr
Decatur,  GA   30030

Advice  Number:          0003710785
Advice  Date:            12/04/2020

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|-----------------------------|----------------|-------------|--------|
| JEROME   HOWARD   Checking | XXXXXXXX4333 | 061000052 | 403.00 |

785
20